1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5            FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7  UNITED STATES OF AMERICA,      )
                                  )      CR. No. S-05-155 LKK
8                   Plaintiff,    )
                                  )
9            v.                   )
                                  )      TIME EXCLUSION ORDER
10 EDUARDO ZAZUETA GARCIA,        )
                                  )
11                                )
                    Defendant.    )
12 _____  )

13      Upon motion of the defense, the Court continues the next

14 status conference in this case to November 15, 2005 at 9:30 a.m..

15 Robert Forkner substituted as counsel for Eduardo Zazueta Garcia

16 on September 7, 2005.  According to Mr. Forkner, the discovery in

17 the case was misdirected to another office and he only received

18 the discovery several ago.  The continuance is necessary for

19 counsel adequately to review the discovery provided by the

20 government, to conduct further investigation, and to consider

21 possible resolution of the case.  Thus, the requested continuance

22 is for effective and diligent preparation.

23      The Court finds that the interests of justice served by

24 granting this continuance outweigh the best interests of the

25 ///

26 ///

27 ///

28 ///

1  public and the defendant in a speedy trial.  18 U.S.C. §§

2  3161(h)(8)(A), 3161(h)(8)(B)(iv), and time, therefore,  will be

3  excluded from October 20, 2005 through November 15, 2005.

4

5

   DATE: October 25, 2005              /s/ Lawrence K. Karlton

6                                   HON. LAWRENCE K. KARLTON

7                                   U.S. DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28