IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) CR. No. S-05-155 LKK
            Plaintiff,      )
)
     v.                     )
) TIME EXCLUSION ORDER
EDUARDO ZAZUETA GARCIA,     )
)
            Defendant.      )
_____)

Upon motion of the defense, the Court continues the next status conference in this case to December 6, 2005 at 9:30 a.m. According to Robert Forkner, counsel for the defendant, the case is close to resolution but there are several items that counsel needs to investigate before his client can enter a fully informed plea in this case. The continuance is necessary for counsel adequately to investigate these additional items, and to consider possible resolution of the case. Thus, the requested continuance is for effective and diligent preparation.

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv), and time, therefore, will be excluded from November 15, 2005 through December 6, 2005.

Date: November 18, 2005

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
SENIOR DISTRICT COURT JUDGE