1

2

3

4                  IN THE UNITED STATES DISTRICT COURT

5              FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7  UNITED STATES OF AMERICA,        )
                                    )        CR. No. S-05-155 LKK
8                    Plaintiff,     )
                                    )
9            v.                     )
                                    )        TIME EXCLUSION ORDER
10 EDUARDO ZAZUETA GARCIA,          )
                                    )
11                                  )
                     Defendant.     )
12 _____ )

13       Upon motion of the defense, the Court continues the next

14 status conference in this case to January 10, 2006 at 9:30 a.m.

15 According to Robert Forkner, counsel for the defendant, the case

16 is close to resolution but there are several items that counsel

17 needs to investigate before his client can enter a fully informed

18 plea in this case.  The continuance is necessary for counsel

19 adequately to investigate these additional items, and to consider

20 possible resolution of the case.  Thus, the requested continuance

21 is for effective and diligent preparation.

22       The Court finds that the interests of justice served by

23 granting this continuance outweigh the best interests of the

24 public and the defendant in a speedy trial.  18 U.S.C. §§

25 3161(h)(8)(A), 3161(h)(8)(B)(iv), and time, therefore,  will be

26 excluded from December 6, 2005 through January 10, 2006.

27

28 DATE: December 7, 2005        /s/ Lawerence K. Karlton
                                LAWRENCE K. KARLTON
                                Senior United States District Judge