McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>                Plaintiff,           )<br>                                     )<br>          v.                         )<br>                                     )<br> EDUARDO ZAZUETA GARCIA,              )<br>                                     )<br>                Defendant.           )<br> _____) | CR. No. S-05-155 LKK<br><br>STIPULATION FOR CONTINUANCE<br>OF STATUS CONFERENCE AND<br>TIME EXCLUSION ORDER |

    It is hereby stipulated by and between Mary L. Grad, Assistant U.S. Attorney, and Robert Forkner, counsel for the defendant Eduardo Garcia that the status conference currently scheduled for January 11, 2006 at 9:30 a.m. be continued until January 31, 2006 at 9:30 a.m.  Mr. Forkner begins a trial in Stanislaus County on January 10, 2006 and is unavailable to appear with the defendant in this case before January 31, 2006. The defendant is not in custody.

    The case is close to resolution but there are several items that counsel needs to investigate before his client can enter a fully informed plea in this case.  The continuance is necessary for counsel adequately to investigate these additional items, to consider possible resolution of the case and for continuity of

1  counsel.  Thus, the requested continuance is for effective and
2  diligent preparation and continuity of counsel.
3       The parties also request that the court find that the
4  interests of justice served by granting this continuance outweigh
5  the best interests of the public and the defendant in a speedy
6  trial.  18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv), and time,
7  therefore, will be excluded from January 10, 2006 through January
8  31, 2006.

10 Dated: January 9, 2006            McGREGOR W. SCOTT
                                     United States Attorney

12                                   By: /s/ Mary L. Grad
                                         MARY L. GRAD
                                         Assistant U.S. Attorney

14                                       /s/ Robert Forkner
                                         Robert Forkner
15                                       Counsel for the defendant

17 SO ORDERED.

18 DATE: January 9, 2006            /s/ Lawrence K. Karlton
                                    HONORABLE LAWRENCE K. KARLTON
19                                  Senior United States District Judge