IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDUARDO ZAZUETA GARCIA,<br><br>    Defendant. | CR. No. S-05-155 LKK<br><br><u>TIME EXCLUSION ORDER</u> |

  Upon motion of the defense, the Court continues this case to March 21, 2006 at 9:30 a.m for Change of Plea. Robert Forkner, counsel for the defendant, is currently in trial and counsel is unavailable to appear until that date. The defendant is not in custody. The continuance is necessary for continuity of counsel.

  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv), and time, therefore, will be excluded from January 31, 2006 through March 21, 2006.

DATE: February 3, 2006   /s/Lawrence K. Karlton
              HONORABLE LAWRENCE K. KARLTON
              Senior United States District Judge