1  ROBERT L. FORKNER (CSB# 166097)
   LAW OFFICES OF ROBERT L. FORKNER
2  722 Thirteenth Street
   Modesto, CA 95351
3  Telephone: (209) 544-0200
   Fax:       (209) 544-1860
4

5  Attorney for Defendant:
   EDUARDO ZAZUETA-GARCIA
6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )     CR. NO. 05-0155 LKK
                                    )
12              Plaintiff,          )     STIPULATION TO RELEASE
                                    )     PROPERTY BOND
13      v.                          )
                                    )
14 EDUARDO ZAZUETA-GARCIA,          )
                Defendants.         )
15                                  )
                                    )
16 _____   )

17      Defendant, EDUARDO ZAZUETA-GARCIA, by and through his counsel

18 of  record,  ROBERT  L.  FORKNER,  and  Plaintiff,  UNITED  STATES  OF

19 AMERICA, by and through it's counsel of record, MARY GRAD, Assistant

20 United  States  Attorney  for  the  Eastern  District  of  California,

21 hereby  stipulate  that  the  property  owned  by  MARIO  A.  ZAZUETA  AND

22 NOEMI ZAZUETA currently posted as property bond on Eduardo Zazueta-

23 Garcia's behalf be released and reconveyed.

24      On April 20, 2005 MARIO A. ZAZUETA AND NOEMI ZAZUETA, Husband

25 and wife,  recorded  and  executed  Deed  of  trust  (Short  Form)Merced

26 County for the property known as:   1552 Grapevine Drive, Livingston,

27 California, for bail purposes in the name of U.S. District Court

28 Clerk for Defendant, EDUARDO ZAZUETA-GARCIA.

                                    1

1    On August 1, 2006, Defendant, EDUARDO ZAZUETA-GARCIA, was

2  remanded into custody and has been in custody serving sentence since

3  that time.  At this time, request is herby made that the following

4  property be reconveyed as follows:

5    MARIO A.  ZAZUETA AND NOEMI ZAZUETA, Husband and wife, the

6  property commonly known as 1552 Grapevine Drive, Livingston,

7  California.

8  Dated:                 /s/Robert Forkner
                              Robert Forkner

9                         Attorney for Defendant
                              EDUARDO ZAZUETA-GARCIA

10

11

12

13

14                                **ORDER**

15

16    IT IS HEREBY ORDERED that the following property be

17  reconveyed, MARIO A. ZAZUETA AND NOEMI ZAZUETA, husband and wife,

18  the property commonly known as, 1552 Grapevine Drive, Livingston,

19  California

20

21  Dated: November 6, 2006

22

23                              LAWRENCE K. KARLTON
                              SENIOR JUDGE

24                              UNITED STATES DISTRICT COURT

25

26

27

28